11th
Court of Appeals

                                                                  Eastland,
Texas

                                                                        Opinion

 

Calvin Lamar Fisher

Appellant

Vs.                   No. 11-03-00160-CR B Appeal from Dallas County

State of Texas

Appellee

 

Calvin Lamar Fisher has filed in this court a
motion to dismiss the appeal.  The
motion is signed by appellant. 
TEX.R.APP.P. 42.2.

The motion is granted, and the appeal is
dismissed.

 

PER CURIAM

 

October 16, 2003

Do not publish.  See TEX.R.APP.P. 47.2(b).

Panel consists of: Arnot, C.J., and

Wright, J., and McCall, J.